DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL FURFARO,**
Appellant,

v.

**AMERICAN BROKERS CONDUIT; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AURORA LOAN SERVICING, LLC,**
and **NATIONSTAR MORTGAGE, LLC,**
Appellees.

No. 4D17-586

[November 2, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2016-CA-008933-XXXXMBAA.

Kelsay Patterson of Law Office of Kelsay Patterson, Tampa, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale and Eric M. Levine of AKerman LLP, West Palm Beach, for appellees, Mortgage Electronic Registration Systems, Inc., Aurora Loan Servicing, LLC, and Nationstar Mortgage, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***